PER CURIAM.
Affirmed. See State v. Drawdy, 136 So.3d 1209 (Fla.2014); Carbajal v. State, 75 So.3d 258 (Fla.2011); State v. Meshell, 2 So.3d 132 (Fla.2009); Melvin v. State, 645 So.2d 448 (Fla.1994); State v. King, 426 So.2d 12 (Fla.1982); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Henry v. State, 933 So.2d 28 (Fla. 2d DCA 2006); Coughlin v. State, 932 So.2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
LaROSE, SLEET, and LUCAS, JJ., Concur.